## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

KIMBERLY JONES,

Criminal No. TDC-18-0065

## ORDER CONTINUING SUPERVISED RELEASE

This matter came before the court for a hearing on an alleged violation of Supervised Release. Counsel having been heard, and the court having rendered an oral opinion, it is this ___19th___ day of __June 2019,__ for the reasons stated in open court,

**ORDERED**:

1) That the defendant admitted guilt to Violations #1 and #4 of the Petition of Supervised Release dated 3/6/2018 as specified:
   Standard Condition stating the defendant must report to the probation officer as instructed;
   Special Condition stating the defendant must participate in a mental health treatment program;

2) That Supervised Release is continued on the same terms and conditions as previously imposed on 9/19/2017, with the understanding that the defendant will be released from the pre-trial release condition requiring the location monitoring program.

3) That the government moved to dismiss Violations #2 and #3.

4) Supervised Release is extended 6 months from the original end date. The new term of supervision will conclude 05/31/2020.

5) The Clerk is directed to send a copy of this order to all counsel of record.

Theodore D. Chuang
United States District Judge